# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

John E. Goree

*Plaintiff/Petitioner(s)*

v.

County of St. Clair
St Clair County Jail

*Defendant/Respondent(s)*

Case Number: 11-CV-488-MJR
(Clerk's Office will provide)

☐ CIVIL RIGHTS COMPLAINT
pursuant to 42 U.S.C. §1983 (State Prisoner)

☐ CIVIL RIGHTS COMPLAINT
pursuant to 28 U.S.C. §1331 (Federal Prisoner)

☒ CIVIL COMPLAINT
pursuant to the Federal Tort Claims Act,
28 U.S.C. §§1346, 2671-2680, or other law

## I. JURISDICTION

**Plaintiff:** John E. Goree B-87848

A. Plaintiff's mailing address, register number, and present place of confinement. P.O. Box 1000 Lincoln, Ill. 62657 IDOC. Logan Correctional Center

**Defendant #1:** Merle Justus A. And Illinois Court of Claims

B. Defendant St. Clair County Jail is employed as
   (a) (Name of First Defendant)
   (Sheriff) St. Clair County 700 S 57th St
   (b) (Position/Title)                    Belleville Ill
   with St Clair County                     62220
   (c) (Employer's Name and Address)

St. Clair County Administation 10 Public Square Belleville Illinois, 62220

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government?  ☒ Yes   ☐ No

If your answer is YES, briefly explain: The A Defendant has Authority over seeing the well being of Inmates,

(Rev. 7/2010)                              1

**Defendant #2:**

C. Defendant **Medical Staff Administrators** is employed as
(Name of Second Defendant)

**Medical Personell**
(Position/Title)

with **St. Clair County Jail**
(Employer's Name and Address)
**700 - S 5Th ST, Belleville, Ill 62220**

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government? ☒ Yes ☐ No

If you answer is YES, briefly explain: Between 9/18/10 To 3/18/11 The Medical Staff And Administrators Are Employed To Keep The Inmates healthy while They Are Incarcerated And Free From Contagious deseases From other Inmate Contact, 28 USC 1983

**Additional Defendant(s) (if any):**

D. Using the outline set forth above, identify any additional Defendant(s).

## II. PREVIOUS LAWSUITS

A. Have you begun any other lawsuits in state or federal court relating to your imprisonment? ☐ Yes ☒ No

B. If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline. <u>Failure to comply with this provision may result in summary denial of your complaint</u>.

1. Parties to previous lawsuits:
Plaintiff(s):


Defendant(s):


2. Court (if federal court, name of the district; if state court, name of the county):

3. Docket number:

4. Name of Judge to whom case was assigned:

5. Type of case (for example: Was it a habeas corpus or civil rights action?):

6. Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?):

7. Approximate date of filing lawsuit:

8. Approximate date of disposition:

III. **GRIEVANCE PROCEDURE**

    A. Is there a prisoner grievance procedure in the institution? ☒ Yes    ☐ No

    B. Did you present the facts relating to your complaint in the prisoner grievance procedure?    ☐ Yes    ☒ No

    C. If your answer is YES,
        1. What steps did you take?

        SENT TO CLERK OF THE COUNTY COURT FOR COMPLAINT FORM, AND AS OF TODAY NO RESPONSE

        2. What was the result?

        NO RESPONSE

    D. If your answer is NO, explain why not. AWARE OF MY EXPOSURE

    Because I became AWARE AFTER LEAVING THAT INSTITUTION

    E. If there is no prisoner grievance procedure in the institution, did you complain to prison authorities?    ☒ Yes    ☒ No

    F. If your answer is YES,
        1. What steps did you take?

        SAME AS C ABOVE

        2. What was the result?

        SAME AS 2 ABOVE

    G. If your answer is NO, explain why not. AGAIN I HAD LEFT THAT INSTITUTION BEFORE I HAD COME AWARE OF MY CONDITION OF EXPOSURE

    H. Attach copies of your request for an administrative remedy and any response you received. If you cannot do so, explain why not:

    SAME AS ABOVE
    The CLERK OF ST CLAIR COUNTY did NOT RETURN MY REQUEST FOR A COMPLAINT FORM,

(Rev. 7/2010)          4

## IV. STATEMENT OF CLAIM

A. State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments of citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

During my stay at the St. Clair County Jail I was given a T.B. test upon my arrival 9/18/10 which the results of that test was negative. After arriving at Menard State Prison approximately 3/18/11 I was given another T.B. test which was positive for exposure, because of that exposure I have been placed on medication to prevent any further progress of the positive test results for a nine month twice a week basis, after being placed on isolation for approximately 10 days during my stay at Menard State Prison and continuing medication after that isolation, until and up to the present, time for a nine month duration still in effect.

## V. REQUEST FOR RELIEF

State exactly what you want this court to do for you. If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255. Copies of these forms are available from the clerk's office.

IMPOSED UPON THE COUNTY OF ST. CLAIR, A demand OF Compensation FOR damages IN THE AMOUNT OF 10,000.00 FOR WRONGFULLY EXPOSURE AND NEGLECT OF Medical WELL Being TO PLAINTIFF while INCARCERATED, There Plus ALL COURT COST AND LEGAL COST

## VI. JURY DEMAND (check one box below)

The plaintiff ☒ does ☐ does not request a trial by jury.

### DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: 5/25/11 (date)

P.O. Box 1000
Street Address

LINCOLN, Ill 62659
City, State, Zip

Signature of Plaintiff: John E. Goree B87848

Printed Name: John E. Goree

Prisoner Register Number: B87848

Signature of Attorney (if any)