IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JOHN E. GOREE, No. B-87848,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CIVIL NO. 11-cv-488-MJR |
| | ) |
| **MERLE JUSTUS, ST. CLAIR COUNTY JAIL, and MEDICAL STAFF ADMINISTRATORS,** | ) ) ) |
| | ) |
| **Defendants.** | ) |

## MEMORANDUM AND ORDER

**REAGAN, District Judge:**

This matter is before the Court for case management. Plaintiff John E. Goree brought this civil rights action pursuant to 42 U.S.C. § 1983, seeking to recover damages for his exposure to tuberculosis during his pretrial detention in the St. Clair County Jail. Because Plaintiff was incarcerated in Logan Correctional Center at the time he filed this suit, the Court screened his claim pursuant to 28 U.S.C. § 1915A. On February 22, 2012, the case was dismissed without prejudice for failure to state a claim upon which relief may be granted (Doc. 11).

Plaintiff was given the opportunity to file an amended complaint, but was warned that if he failed to do so, the dismissal could become a dismissal *with* prejudice, and he would incur a strike. *See* 28 U.S.C. § 1915(g). At his request, Plaintiff's deadline to file the amended complaint was extended for two months until May 16, 2012 (Doc. 13). That deadline has now passed, and Plaintiff has failed to tender an amended complaint to the Court.

**IT IS THEREFORE ORDERED** that the dismissal of this action is now a dismissal **WITH PREJUDICE.** Further, this dismissal shall count as one of Plaintiff's allotted

"strikes" under the provisions of 28 U.S.C. § 1915(g). The Clerk shall enter judgment accordingly.

**IT IS SO ORDERED.**

**DATED: 5/21/2012**

                                                **s/ MICHAEL J. REAGAN**
                                                  **U.S. District Judge**